UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO PRECIADO PALOMINOS,<br><br>    Petitioner,<br><br>    v.<br><br>ROY E. BARNES, Warden,<br><br>    Respondent. | Case No.  14-cv-02233-JST (PR)<br><br>**ORDER OF TRANSFER** |

This federal habeas action, in which petitioner challenges convictions he suffered in the Madera County Superior Court, is TRANSFERRED to the Eastern District of California, as that is the district of conviction.  28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b).  The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

Dated: May 19, 2014



_____
JON S. TIGAR
United States District Judge